| | |
|---|---|
| **MARSHELL J. RICHARDS,** | |
| **Plaintiff,** | **Case No. 1:17-cv-00228** |
| | **District Judge** _____ |
| **v.** | |
| | **Magistrate Judge** _____ |
| **THE KRYSTAL COMPANY, aka THE KRYSTAL CO., INC.,** | |
| | **JURY DEMAND** |
| **Defendant.** | |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

Defendant, The Krystal Company ("**Defendant**"), by and through counsel, submits this notice of removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

1.      The removed action is styled *Marshell J. Richards v. The Krystal Company, aka The Krystal Co., Inc.,* and was originally filed in the Circuit Court for Hamilton County, Tennessee, Case No. 17C779.  Attached to this Notice as **Collective Exhibit A** are copies of all documents filed in the case in the Circuit Court of Hamilton County, Tennessee, or served on Defendant, including the following:

- Complaint, filed July 7, 2017;

- Civil Case Cover Sheet;

- Cost Bond, filed July 7, 2017; and

- Summons served on Defendant.

The above documents are the only process, pleadings and orders that have been filed with the Circuit Court Clerk and/or served on Defendant as of the date of the filing of this Notice of Removal.

2. In her Complaint, Plaintiff alleges violations of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et. seq.*, and the Civil Rights Act of 1991, 42 U.S.C. § 1981a. Therefore, this action is one in which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331. ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.")

3. This matter may be removed to this Court pursuant to 28 U.S.C. § 1441(a), because Plaintiff has brought claims under the laws of the United States. ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.")

4. Defendant was served with the Complaint on July 20, 2017. This Notice of Removal is being filed within thirty days of service. Therefore, in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

5. Pursuant to 28 U.S.C. § 1446(d), notice of the filing of the removal of this action has been sent to Plaintiff, in care of her attorney, and to the Clerk of the Circuit Court for Hamilton County, Tennessee, and copies of those Notices are attached to this Notice as **Collective Exhibit B**.

WHEREFORE, Defendant respectfully gives notice of the removal of the above-styled civil action pending against it in the Circuit Court for Hamilton County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Chattanooga.

4845-2265-3260 v1

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

By: s/ Russell W. Gray
   Russell W. Gray, #016120
   J. Lane Crowder, #027826
   633 Chestnut Street
   Suite 1900
   Chattanooga, TN  37450-1800
   (423) 209-4218 (phone)
   (423) 752-9563 (fax)
   rgray@bakerdonelson.com
   lcrowder@bakerdonelson.com

*Attorneys for Defendant, The Krystal Company*

## CERTIFICATE OF SERVICE

   I hereby certify that I have, on this 18th day of August, 2017, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.  A copy of this filing has also been served via U.S. Mail to the following:

   Stephen S. Duggins, Esq.
   Law Office of Stephen S. Duggins
   8052 Standifer Gap Road, Suite B
   Chattanooga, TN  37421

        **BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, PC**

        By: s/ Russell W. Gray

4845-2265-3260 v1